UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Civil Action No.1:22-cv-6394-DG-RML

PROGRESSIVE EXPRESS INSURANCE COMPANY

       Plaintiff,

vs.

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

KKN TRANSPORT, INC.; ONEIL PLASENCIA; MD S. ALAM; HEREFORD INSURANCE COMPANY; ABC INSURANCE COMPANIES 1-10 (said names and identities being FICTITIOUS AND presently unknown); JOHN DOES 1-10 (said names and identities being FICTITIOUS AND presently unknown),

       Defendants

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff PROGRESSIVE EXPRESS INSURANCE COMPANY and/or their counsel hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against the defendants KKN TRANSPORT, INC and ONIEIL PLASENCIA.

Dated: February 16, 2024

                    LAW OFFICES OF VANESSA L. KOPPEL, ESQ., LLC

                    By: _____
                          VANESSA L. KOPPEL, ESQ.
                          LAW OFFICES OF VANESSA L. KOPPEL, ESQ., LLC
                          Red Bank Corporate Center
                          157 Broad Street
                          Suite 204
                          Red Bank, New Jersey 07701
                          (732) 487-2320
                          vkoppel@vkoppel-law.com
                          *Attorneys for Plaintiff Progressive Express Ins. Co.*